U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 19, 2021

**APPLICATION GRANTED**
**SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK**
**U.S.D.J.** 3/23/2021

The status conference scheduled for March 24, 2021 is hereby adjourned to April 19, 2021 at 10:30 a.m. The adjournment is necessary to permit counsel sufficient time to review discovery, and continue to discuss a possible pretrial disposition of this matter. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that the time between March 24, 2021 and April 19, 2021 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161 (h)(7)(A), in the interest of justice

**BY ECF**

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Lahens*, **20 Cr. 696 (VSB)**

Dear Judge Broderick:

The Court has scheduled a status conference in the above-captioned case for Wednesday, March 24, 2021. The parties jointly request an adjournment of the conference date. The parties are still negotiating a potential disposition for this case, as well as for the defendant's pending robbery charge in Suffolk County, Massachusetts. The parties believe an approximately three-week adjournment to April 15, 2021 or another day convenient for the Court, will provide adequate time to determine whether a disposition can be reached.

The Government asks the Court to exclude time under the Speedy Trial Act between the originally scheduled date of this conference and any rescheduled date. An exclusion is in the interest of justice because it will allow the defendant time to review discovery and for the parties to discuss a potential disposition for this case. The defendant consents to the exclusion.

Respectfully Submitted,

AUDREY STRAUSS
United States Attorney

by: */s/ Matthew R. Shahabian*
    Matthew R. Shahabian
    Assistant United States Attorney
    (212) 637-1046

CC:   Clay Kaminsky, Counsel for Defendant Akeem Lahens (by ECF)